IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAUGHN C. TAYLOR | : | CIVIL ACTION |
|  | : |  |
| v. | : | No. 15-2515 |
|  | : |  |
| CAROLYN COLVIN | : |  |
| *Acting Commissioner of Social Security* | : |  |
| *Administration* | : |  |

## ORDER

AND NOW, this 12th day of August, 2016, upon consideration of Plaintiff Vaughn C. Taylor's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's response thereto, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, to which no objections have been filed,[1] it is ORDERED:

1. This case is REMOVED from suspense;

2. The Report and Recommendation (Document 13) is APPROVED and ADOPTED;

3. Robinson's Request for Review (Document 9) is GRANTED in part;

4. This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

---

[1] The Report and Recommendation was sent to all parties of record on June 30, 2016, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.